Christopher G. Addy, Esq. (SBN 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (888) 799-3206
caddy@consumerlawcenter.com
Attorneys for Plaintiff,
TARLA MAKAEFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| TARLA MAKAEFF,<br><br>            Plaintiff,<br><br>      v.<br><br>LAW OFFICES OF CURTIS O. BARNES,<br><br>            Defendant. | Case No.: SACV10-01755<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, TARLA MAKAEFF, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: January 25, 2011         KROHN & MOSS, LTD.


                              By: /s/ Christopher G. Addy   _

                                  Christopher G. Addy
                                  Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Vijay Desai, Attorney for Defendant, by way of email at vdesai@locob.com.

/s/ Christopher G. Addy

Christopher G. Addy

Attorney for Plaintiff

Notice of Settlement