# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tarla Makaeff,<br><br>           Plaintiff,<br><br>      v.<br><br>Law Offices of Curtis O. Barnes,<br><br>           Defendant(s).<br>_____ | SACV 10-01755-JVS(RNBx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   January 27, 2011

                                                      _____
                                                            James V. Selna
                                                      United States District Judge